**T. SMITH & SON, INC., Appellant,**

v.

**Willie WILSON, and P. J. Donovan, Deputy Commissioner, Appellees.**

No. 20837.

United States Court of Appeals Fifth Circuit.

March 3, 1964.

Rehearing Denied April 3, 1964.

Virgil M. Wheeler, Jr., of Sehrt, Boyle & Wheeler, Edward J. Boyle, Jr., Peter J. Butler and Anita D. Keegan, New Orleans, La., for appellant.

Gene S. Palmisano, Asst. U. S. Atty., Max Zelden, New Orleans, La., David L. Rose, Morton Hollander, Attys., Dept. of Justice, Washington, D. C., Zelden & Zelden, New Orleans, La., for appellee.

Before HUTCHESON and BELL, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM.

This is an appeal from an order granting summary judgment for plaintiff for the reasons for judgment set out in the district judge's opinion.[1]

Of the clear opinion that the district judge's order should be affirmed, for the reasons that he gave, we approve his opinion and affirm his judgment.[2]

Affirmed.

1. Wilson v. Donovan, Deputy Commissioner, etc., D.C., 218 F.Supp. 944.

2. See 15 Am.Jur. 387, Sec. 2; Restatement of the Law of Contracts, p. 498, Sec. 326; Aetna Cas. & Ins. Co. v. Jordan, 234 Ark. 339, 352 S.W.2d 75; Employers Mut. Liability Ins. Co. v. De Bruin, 271 Wis. 412, 73 N.W.2d 479; Hagenah v. Lumbermen's Mut. Cas. Co., 241 Wis.

226, 5 N.W.2d 760, 142 A.L.R. 1417; Texas & Pac. Ry. Co. et al. v. City of Marshall, 136 U.S. 393, 10 S.Ct. 846, 34 L.Ed. 385; Miller v. Weller, 3 Cir., 288 F.2d 438; Scott v. Donald, 165 U.S. 58, 17 S.Ct. 265, 41 L.Ed. 632; Paterson v. Sears-Roebuck & Co., 196 F.2d 947.